IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:  Johansen, Janet M

Printed: 03/03/09

Case Number:  08 B 29938
Judge:  Wedoff, Eugene R
Filed:  11/4/08

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:     Dismissed: December 18, 2008
Confirmed:  None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 403.00 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 0.00 |
| Trustee Fee: |  | 0.00 |
| Other Funds: |  | 403.00 |
| Totals: | 403.00 | 403.00 |

## DISBURSEMENT DETAIL

| Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|
| 1. American General Finance | Secured | 12,662.00 | 0.00 |
| 2. ECast Settlement Corp | Unsecured | 507.78 | 0.00 |
| 3. USA Payday Loans | Unsecured | 2,232.78 | 0.00 |
| 4. Corporate Collection Dept | Unsecured |  | No Claim Filed |
| 5. Check N Go | Unsecured |  | No Claim Filed |
| 6. First Premier | Unsecured |  | No Claim Filed |
| 7. Payday Loan | Unsecured |  | No Claim Filed |
| 8. Southwest Dermatology | Unsecured |  | No Claim Filed |
| 9. AmeriCash Loans, LLC | Unsecured |  | No Claim Filed |
| 10. I C Systems Inc | Unsecured |  | No Claim Filed |
| 11. Payday Loan | Unsecured |  | No Claim Filed |
|  |  | $ 15,402.56 | $ 0.00 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
|  | $ 0.00 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Johansen, Janet M

Printed: 03/03/09

Case Number: 08 B 29938
Judge: Wedoff, Eugene R
Filed: 11/4/08

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by: